### S. S. Lumber Co. *v.* Kessler et ux. (et al., Appellants).

Argued December 6, 1973. *William H. Agnew,* for appellants; *Elwood M. Malow,* for appellees.

Order affirmed.

SPAULDING, J., absent.

### Saraco et vir *v.* Mercy Catholic Medical Center of Southeastern Pennsylvania et al., Appellant.

Argued December 4, 1973. *James D. Wilder,* with him *Detweiler, Hughes and Kokonos,* for appellant; *Daniel I. Murphy,* with him *Donald J. Martin,* and *Waters, Fleer, Cooper and Gallager,* for appellee.

Order affirmed.

SPAULDING, J., absent.